Marianne SAWICKI, Plaintiff—
Appellant,

v.

MORGAN STATE UNIVERSITY; Earl
S. Richardson; Clara I. Adams; Bur-
ney J. Hollis; Otto Begus; State of
Maryland, Defendants—Appellees.

No. 05–1891.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 25, 2006.

Decided March 1, 2006.

Marianne Sawicki, Appellant Pro Se.
John Joseph Curran, Jr., Attorney Gener-
al, Dawna Marie Cobb, Mark Jason Davis,
Assistant Attorneys General, David Reid
Moore, Office of the Attorney General of
Maryland, Baltimore, Maryland, for Appel-
lees.

Before KING and SHEDD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Marianne Sawicki appeals the district
court's order granting summary judgment
for Morgan State University and dismiss-
ing her claims of employment discrimina-
tion. We have reviewed the record and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. *See Sawicki v. Morgan State
Univ.*, No. CA–03–1600–1–WMN (D.Md.
Aug. 2, 2005). We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED*